PALOMA P. PERACCHIO, CA Bar No. 259034
paloma.peracchio@ogletree.com
AARON H. COLE, CA Bar No. 236655
aaron.cole@ogletree.com
VI N. APPLEN, CA Bar No. 273623
vi.applen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045ssss

MITCHELL A. WROSCH, CA Bar No. 262230
mitchell.wrosch@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Facsimile:   602-778-3750

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

*[Additional Attorneys on following page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMARO ZAVALZA CASTELLON, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07547 AB (DTBx)<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 40-2]**<br><br><br>Complaint Filed: December 15, 2022<br>Trial Date: None<br>District Judge: Hon. Andre Birotte Jr<br>           Courtroom 7B, First St.<br>Magistrate Judge: Hon. David T. Bristow<br>           Courtroom 4, Riverside |

1  MARCUS J. BRADLEY, Esq.
   mbradley@bradleygrombacher.com
2  KILEY L. GROMBACHER, ESQ.
   kgrombacher@bradleygrombacher.com
3  LIRIT A. KING, ESQ.
   lking@bradleygrombacher.com
4  COREY SMITH, ESQ.
   csmith@bradleygrombacher.com
5  BRADLEY/GROMBACHER, LLP
   31365 Oak Crest Drive, Suite 240
6  Westlake Village, California  91361
   Telephone:  805-270-7100
7  Facsimile:   805-270-7589

8  Attorneys for Plaintiff
   GUMARO ZAVALZA CASTELLON,
9  individually and on behalf of
   other individuals similarly situated

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Plaintiff Gumaro Zavalza Castellon, and Defendant Wal-Mart Associates, Inc. (collectively, the "Parties") have reached a settlement. The Parties are in the process of finalizing the settlement documents, and anticipate filing a request for voluntary dismissal within thirty (30) days.

DATED: January 6, 2025          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Vi N. Applen
    Paloma P. Peracchio
    Aaron H. Cole
    Vi N. Applen
    Mitchell A. Wrosch

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

DATED: January 6, 2025          BRADLEY/GROMBACHER, LLP


By: /s/ Marcus J. Bradley
    Marcus J. Bradley
    Kiley L. Grombacher
    Lirit A. King
    Corey Smith

Attorneys for Plaintiff
GUMARO ZAVALZA CASTELLON